# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1148

_____

Ikechi Kallys Albert,                          *
                                               *
            Appellant,                         *
                                               *    Appeal from the United States
      v.                                       *    District Court for the
                                               *    District of Minnesota.
Sandy Larson, Program Director                 *
(Shadyview) in her individual capacity         *    [UNPUBLISHED]
and as an employee of Thomas Allen,            *
Inc.; Fay Linscheid, Director, Human           *
Resources, in her individual capacity          *
and as an employee of Thomas Allen,            *
Inc.; Sandy Quinn, Administrator, in           *
her individual capacity and as an              *
employee of Thomas Allen, Inc.;                *
Thomas Allen Incorporated,                     *
                                               *
            Appellees,                         *
                                               *
Minnesota Department of Employment             *
and Economic Development,                      *
                                               *
            Defendant.                         *

_____

Submitted: July 6, 2007
Filed: July 19, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ikechi Albert, a Nigerian-born immigrant, appeals the district court's[1] dismissal of his employment-discrimination suit. Albert claimed numerous federal and state-law violations surrounding his dismissal from Thomas Allen, Inc. Having carefully reviewed the record and all of Albert's arguments on appeal, we conclude that the district court committed no reversible error in dismissing Albert's federal claims, see Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (de novo standard of review), and did not abuse its discretion in dismissing his state-law claims without prejudice, see Labickas v. Ark. State Univ., 78 F.3d 333, 334-35 (8th Cir. 1996) (per curiam) (following dismissal of federal claims, district court has discretion to dismiss state-law claims, but dismissal should be without prejudice); and also did not abuse its discretion in denying his pending motions.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.